Second Appellate Department, April, 1903. Reported. 82 App. Div. 643.

In the Matter of the Petition of PATRICK W. CULLINAN, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 3,562, Issued to EDWARD KOJAN, Appellant, and Transferred to VICTOR STREICHER, Appellant, and Five Other Similar Cases.

Each order reversed, with ten dollars costs and disbursements, on opinion in *Matter of Cullinan* (Kray Certificate ante, p. 445).

GOODRICH, P. J., BARTLETT, WOODWARD, HIRSCHBERG and HOOKER, JJ., concurred.

Order to be settled before Mr. Justice HIRSCHBERG.